IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CURT FLEISCHMANN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case 11-cv-5-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Curt Fleischmann against defendant Michael J. Astrue reversing and remanding the decision of the commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

_/s/ Peter Oppeneer_     _2/8/13_
Peter Oppeneer, Clerk of Court     Date